# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 25, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130331

MACOMB COUNTY PROSECUTING
ATTORNEY,
            Plaintiff-Appellee,

v                                                                    SC: 130331
                                                                     COA: 262716
                                                                     Macomb CC: 05-000612-AP
ERIC THOMAS MASTERS,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the December 6, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would remand this case to the Court of Appeals for plenary consideration.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 25, 2006

_____
Clerk

d1018